Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY
    MAR 0 5 2020
CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

| | | |
|---|---|---|
| Name of Offender: | **Kiron Jamoll Williams** | Case No.: **CR-19-50167-001-PHX-JJT** |
| Name of Judicial Officer: | **The Honorable John J. Tuchi**<br>**United States District Judge** | |

Date of Original Sentence: **1/25/2008**

Original Offense: **Count 1: Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 50 Grams of Cocaine Base, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846, a Class A Felony**
**Count 4: Carrying, Using, and Possessing a Firearm During and in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1), a Class A Felony**

Original Sentence: **Ct. 1 - 192 months Bureau of Prisons; Ct. 4 – 60 months Bureau of Prisons (concurrent); followed by 60 months supervised release on Cts. 1 &4 (concurrent)**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **8/23/2019**
                                               Date Supervision Expires: **8/22/2024**

Assistant U.S. Attorney: **Jacqueline Nan Schesnol**    Defense Attorney: **TBD**
**602-514-7689**

---

Petitioning the Court to issue a Warrant.

The probation officer alleges Kiron Jamoll Williams has violated the following conditions of supervision:

| <u>Allegation</u> | <u>Nature of Noncompliance</u> |
|---|---|
| A | **Mandatory Condition #1** which states, You must not commit another federal, state or local crime.<br><br>Williams committed a new crime. On March 4, 2020, Williams was arrested by Minneapolis Police Department officers and charged with Narcotics Violation, a felony offense, in violation of Minnesota Statute § 152.021. Evidenced by Minneapolis Police Department report #2020-58098. Grade B violation. §7B1.1(a)(2). |

Page 2
RE: Kiron Jamoll Williams
Petition to Revoke
March 05, 2020

|   |   |   |
|---|---|---|
| B | | **Mandatory Condition #2** which states, You must not unlawfully possess a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. |

Williams possessed controlled substances. On March 4, 2020, Williams was arrested by Minneapolis Police Department officers and charged with a narcotics violation after a search was conducted on a residence where he had been observed staying and later admitted to staying. During this search narcotics and narcotics related paraphernalia were seized, as evidenced by Minneapolis Police Department report #2020-58098. Grade C violation. §7B1.1(a)(3)

C      **Standard Condition #3** which states, You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

Williams left the District of Arizona without permission from his supervising officer. Williams obtained a rental car in Minnesota on February 20, 2020, and was arrested on new criminal charges in Minnesota on March 4, 2020. During the police interview he admitted he had traveled to and had been staying in Minnesota, as evidenced by Minneapolis Police Department report #2020-58098. Grade C violation. §7B1.1(a)(3)

D      **Special Condition #F** which states, The defendant shall not associate with any member, prospect, or associate member of the Family Mob gang or any other gangs. If defendant is found to be in the company of such individuals while wearing the clothing, colors or insignia of the Family Mob gang or any other gang, the Court will presume that this association was for the purpose of participate in gang activities.

Williams associated with members of the Family Mob street gang in Minneapolis. On March 4, 2020, Williams was arrested on a new criminal charge stemming from a narcotics trafficking investigation related to members of the "Familiy Mob" street gang, as evidenced by Minneapolis Police Department report #2020-58098. Grade C violation §7B1.1(a)(3). Grade C violation §7B1.1(a)(3).

Page 3
RE: Kiron Jamoll Williams
Petition to Revoke
March 05, 2020

**U.S. Probation Officer Recommendation and Justification**

Kiron Jamoll Williams has violated the trust of the Court. A warrant is recommended as Kiron Jamoll Williams is in the custody of another authority, awaiting disposition on separate charges and he is considered dangerous.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_[signature: Kim Peterson]_     3/5/2020
Kimberly Peterson     Date
Senior U.S. Probation Officer
Office: 602-682-4358
Cell: 602-309-3405

_[signature: Rhonda Spencer]_     3/5/2020
Rhonda Spencer     Date
Supervisory U.S. Probation Officer
Office: 602-682-4380
Cell: 602-725-3601

RCVD MAR 5 '20 PM 2:18
US MARSHALS SERVICE AZ

The Court Orders

☐   No Action
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
☐   Other

_[signature]_     3/5/20
The Honorable John J. Tuchi     Date
United States District Judge