1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR-19-50167-PHX-JJT |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER REVOKING SUPERVISED RELEASE** |
| | ) | |
| Kiron Jamoll Williams, | ) | USM# 13093-041 |
| Defendant. | ) | |

A petition to revoke supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violation of Allegation C, Standard Condition No. 3, a Grade C Violation;

**IT IS ORDERED** revoking the defendant's supervised release and committing the defendant to the custody of the Bureau of Prisons for a term of **TIME SERVED** on Counts 1 and 4, to run concurrently.

**IT IS FURTHER ORDERED** that upon release from the Bureau of Prisons, the defendant is placed on supervised release for **FORTY-EIGHT (48) MONTHS** on Counts 1 and 4, to run concurrently.

**SUPERVISED RELEASE**

Within 72 hours of release from custody of the Bureau of Prisons, you shall report in person to the Probation Office in the district to which you are released. You shall comply with the mandatory and standard conditions of supervision adopted in General Order 17-18 and the following additional special conditions:

1. You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.

3. You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

4. You are prohibited from owning, maintaining or using a firearm.

5. You must not be involved with gang activity, possess any gang paraphernalia or knowingly communicate or associate with any person affiliated with a gang.

6. You must immediately seek treatment for medical condition disclosed and provide proof of that treatment to Officer Peterson within seven (7) days of this order.

The Court affirms any previous order imposing special assessment, fine or restitution in this case.

**IT IS FURTHER ORDERED** dismissing the remaining allegations of the petition on motion of the government.

The Defendant is remanded into the custody of the United States Marshal.

The Defendant is advised of the right to appeal within 14 days.

DATED this 8th day of October, 2020.

_____
John J. Tuchi
United States District Judge